NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**
*Plaintiff-Appellant,*

v.

**GORDINI U.S.A., INC.,**
*Defendant-Appellee.*

---

2012-1403

---

Appeal from the United States District Court for the Southern District of California in case no. 10-CV-0892, Judge Marilyn L. Huff.

---

**ON MOTION**

---

**ORDER**

The parties jointly move for an extension of time, until October 17, 2012, for Seirus to file its initial brief, for an extension of time, until November 17, 2012, for Gordini to file its response brief, for an extension of time, until December 10, 2012, for Seirus to file its reply brief, and for an extension of time, until December 17, 2012, to file the appendix. Gordini U.S.A., Inc. also moves without

opposition to remove Gordini Canada, Inc. in its entirety from this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for an extension of time is granted.

(2)  The motion to revise the caption is granted. The revised official caption is reflected above.

FOR THE COURT

__AUG 0 6 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk      .

cc:  Matthew D. Murphey, Esq.
     Kenneth F. Florek, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 6 2012

JAN HORBALY
CLERK